UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY L. SMITH,

                Plaintiff,

v.

ALEC RUSH, BADFISH PRODUCTIONS, LLC.,

                Defendants.

No. C04-2280Z

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has received Plaintiff's request for a copy of the Court's Order to Show Cause. Request, docket no. 28; Order to Show Cause, docket no. 19. The Court hereby VACATES the Order to Show Cause, docket no. 19, because it has been made moot by the Court's subsequent Order extending the deadline for the filing of Plaintiff's status report to December 31, 2005. See Minute Order, docket no. 26. Accordingly, the Order to Show Cause, docket no. 19, no longer requires a response from Plaintiff.

(2) The Clerk is directed to send a copy of this Minute Order and of the docket sheet in this case to Plaintiff.

Filed and entered this 15th day of December, 2005.

BRUCE RIFKIN, Clerk

By   s/ Casey Condon
      Casey Condon
      Deputy Clerk

MINUTE ORDER   1–